**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nowadays Inc., (PBC)** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **AW Rely Foods Inc., (PBC)** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3250191** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4304 18th Street, #14575** <br> **San Francisco, CA 94114-9018** <br> Number, Street, City, State & ZIP Code | **3980B 19th Street** <br> **San Francisco, CA 94114-2580** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** <br> County | **Location of principal assets, if different from principal place of business** <br> **3980B 19th Street San Francisco, CA 94114-2580** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.eatnowadays.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 1 of 48

| Debtor | **Nowadays Inc., (PBC)** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2038__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Nowadays Inc., (PBC)** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor  **Nowadays Inc., (PBC)**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

| Debtor | Nowadays Inc., (PBC) | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2024**
MM / DD / YYYY

X *Max Elder*                                           **Max Elder**
Signature of authorized representative of debtor        Printed name

Title   **Founder & CEO**

**18. Signature of attorney**

X *David A. Wood*                                       Date **March 26, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**David A. Wood**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 333-7777**     Email address   **dwood@marshackhays.com**

**272406 CA**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

Debtor name    **Nowadays Inc., (PBC)**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2024**    X *Max Elder*

             Signature of individual signing on behalf of debtor

             **Max Elder**
             Printed name

             **Founder & CEO**
             Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___3980B 19th Street, San Francisco___ , California.

Date: **March 26, 2024**

_Max Elder_
**Max Elder**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **Nowadays Inc., (PBC)**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................    $ _____ **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................    $ _____ **747,646.41**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................    $ _____ **747,646.41**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____ **2,827,242.84**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $ _____ **36,635.30**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$ _____ **1,501,190.32**

4. **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b     $ _____ **4,365,068.46**

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 8 of 48

| Fill in this information to identify the case: |
| --- |

Debtor name    **Nowadays Inc., (PBC)**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Silicon Valley Bank** | **Checking** | **3645** | **$0.00** |
| 3.2. | **Silicon Valley Bank** | **Operating** | **3630** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor **Nowadays Inc., (PBC)**

Case number *(If known)* _____

Name

| 11a. 90 days old or less: | 18,168.26 | - | 0.00 | = .... | $18,168.26 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$18,168.26

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** **Various production supplies and ingredients stored at either a production facility in Minneapolis (Buhler) or a storage facility in the Bay Area (WMT). - Perishable.** | **February 2023** | **$0.00** | **Cost** | **$303,549.15** |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$303,549.15

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Nowadays Inc., (PBC)**
Name                                          Case number *(If known)* _____

�-- No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Laptop, dock, external monitor, keyboard | $2,013.92 | | $1,000.00 |
| **Misc. Computer, Printer, tablet, Iphone equipment owend by Debtor in possession of Dominik Grabinski.** | $0.00 | | $9,179.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $10,179.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

Debtor  **Nowadays Inc., (PBC)**                     Case number *(If known)* _____
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **2 Patents: US11700867B2 &** **US-2023-0363409-A1** **2 Trademarks: United States: NOWADAYS** **(Reg No. 6,673,794)** **EU: NOWADAYS (No. 018363108)** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** **www.eatnowadays.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Shopify e-commerce website with customer** **sales (and privacy policy).** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Stock Repurchase Agreement with Dominik Grabinski that includes a $400,000 repayment plan. - Uncollectible amount.** | |

71. Notes receivable — **400,000.00** Total face amount − **0.00** doubtful or uncollectible amount = **$400,000.00**

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 12 of 48

Debtor   **Nowadays Inc., (PBC)**                               Case number *(If known)* _____
       <sub>Name</sub>

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**ERTC. Insperity Q4 2021 941-X was filed with the IRS on
May 15, 2023. ($21,000 minus PBO Advisory fee)**            Tax year **2021**                   **$15,750.00**

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.  **Total of Part 11.**                                                                    **$415,750.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Nowadays Inc., (PBC)**                          Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,168.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $303,549.15 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,179.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $415,750.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $747,646.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $747,646.41 |

---

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Farnam Street Financial**<br>Creditor's Name<br><br>**5850 Opus Parkway, Suite 240**<br>**Hopkins, MN 55343**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/03/2021**<br>**Last 4 digits of account number**<br>**1348**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Lease Payments**<br><br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,827,242.84** | **$0.00** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,827,242.84**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952**

Total claim: **Unknown**    Priority amount: **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

Total claim: **$25,000.00**    Priority amount: **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**August 7, 2023**

Basis for the claim:
**Taxes**

Last 4 digits of account number **0191**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,635.30 | $11,635.30 |

**Max Elder
3980b 19th Street
San Francisco, CA 94114**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/16/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Beyond Impact
Carré Bonn
20, rue de la Poste
L - 2346 Luxembourg**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$34,541.53** |

**Buhler Inc.
13105 12th Avenue N
Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/07/203**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Cornucopian Capital, L.P.
Aryeh Ganz
491 Bloomfield Ave., Concourse St.
Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Emilie Fitch
13 Sullivan Street
Charlestown, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Gaingels Spark III LLC
3 Main Street, Suite 214
Burlington, VT 05401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 17 of 48

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,915.00** |
|---|---|---|---|

**Givaudan**
**1199 Edison Drive**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/19/2023

Basis for the claim: _

Last 4 digits of account number  2589

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Good Protein Fund, VCC**
**Attn: Gautum Godhwani**
**16 Raffles Quay, #20-03**
**Singapore 048581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GRT SHT Ventures, LLC**
**Jordan Carpenter**
**300 S. Beach Rd., Unit 203**
**Jupiter, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HackVentures Sàrl**
**Rue de Mercerie 12, 1003 Lausanne**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harris Komishane**
**5 Eaglehead Road**
**Manchester, MA 01944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.16** |
|---|---|---|---|

**Insperity**
**19001 Crescent Springs Dr.**
**Mail Code-C3C.2.20**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/01/2023

Basis for the claim: _

Last 4 digits of account number  4100

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jake Elder**
**660 Ralph McGill Blvd NE**
**Unit 4510**
**Atlanta, GA 30312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 18 of 48

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.13**

Nonpriority creditor's name and mailing address

**Katie Malkin**
**660 Ralph McGill Blvd NE**
**Unit 4510**
**Atlanta, GA 30312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14**

Nonpriority creditor's name and mailing address

**Keith Blanks**
**3538 Rainbow Drive**
**Minnetonka, MN 55345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15**

Nonpriority creditor's name and mailing address

**Kitchen Town**
**Attn: Rusty Schwartz**
**1007 Howard Ave**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16**

Nonpriority creditor's name and mailing address

**Max Elder**
**3980b 19th Street**
**San Francisco, CA 94114**

Date(s) debt was incurred **01/09/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$908.61**

---

**3.17**

Nonpriority creditor's name and mailing address

**NCH Retailer Services**
**24 C Concord Street**
**El Paso, TX 79906**

Date(s) debt was incurred **10/12/2023**

Last 4 digits of account number **8918**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.09**

---

**3.18**

Nonpriority creditor's name and mailing address

**Pabst Patent Group**
**1355 Peachtree Street NE, Suite 800**
**Atlanta, GA 30309**

Date(s) debt was incurred **08/31/2023**

Last 4 digits of account number **8101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.27**

---

**3.19**

Nonpriority creditor's name and mailing address

**Penrose Growth Investors, LLC**
**Steve Hudgins, CIO**
**600 E. Exchange Ave., Ste 200**
**Fort Worth, TX 76164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 19 of 48

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Platinum Mile II, LLC**
**604 North Alta Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Selva, L.P.**
**Attn: Kiva Dickinson**
**757 North Point St, Unit 2**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,869.50 |
|---|---|---|---|

**Silicon Legal Strategy**
**201 Mission Street, Suite 800**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/31/2023**

Basis for the claim: __

Last 4 digits of account number  **3466**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.83 |
|---|---|---|---|

**Silicon Valley Bank**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2023**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **6525**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.89 |
|---|---|---|---|

**South Carolina Dept. of Employment**
**P.O. Box 995**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2023**

Basis for the claim: __

Last 4 digits of account number  **1450**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stray Dog Capital Fund II**
**11460 Tomahawk Creek Pkwy**
**Ste 300**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tenacious Ventures Fund I**
**401/10 West Promenade**
**Manly NSW 2095**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes - Shareholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.44 |
|------|--------|--------|--------|

**3.27** Nonpriority creditor's name and mailing address
UNFI
Attn: Debit Balance / Justin
PO Box 958844
Saint Louis, MO 63195-8844

Date(s) debt was incurred _

Last 4 digits of account number **7551**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,018.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Unpopular Ventures Preferred, LP
P.O. Box 3217
Seattle, WA 98134

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Vanterra Accelerator Fund, LP
Attn: Shad Azimi
853 Broadway, Ste. 1401
New York, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Varsho Rao
3675 Washington Street
San Francisco, CA 94118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Veginvest
Amy Trakinski
165 West 91st Street, #16B
New York, NY 10024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes - Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Veginvest Trust
Attention: Amy Trakinski
Managing Director
3414 Peachtree Road, #1600
Atlanta, GA 30326

Date(s) debt was incurred **May 18, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,450,696.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note Maturity Date May 18, 2025**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Wilcox Cold Storage, Inc.
17 Shemran Ct.
Fairfax, CA 94930

Date(s) debt was incurred **06/19/2023 - 8/18/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$825.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nowadays Inc., (PBC)** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.00 |
|---|---|---|---|

**Wmt Logistics Inc.**
**31129 Wiegman Rd.**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _07/20/2023_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   36,635.30 |
| **5b. Total claims from Part 2** | 5b. + | $   1,501,190.32 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $   1,537,825.62 |

**Fill in this information to identify the case:**

Debtor name  **Nowadays Inc., (PBC)**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease with Farnam Street Financial.** | |
| State the term remaining | **Terminated as of July 20, 2023** | **Farnam Street Financial** |
| List the contract number of any government contract | | **5850 Opus Parkway, Suite 240 Hopkins, MN 55343** |

**Fill in this information to identify the case:**

Debtor name    **Nowadays Inc., (PBC)**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 24 of 48

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Nowadays Inc., (PBC)</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $262,995.82 |
   | **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $72,606.20 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor **Nowadays Inc., (PBC)**        Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **KitchenTown**<br>**Attn: Rusty Schwartz**<br>**1007 Howard Ave.**<br>**San Mateo, CA 94401** | **Used manufacturing equpment was repossessed by Kitchentown to cover outstanding bills to cover rent at their production facility.** | **June 30, 2023** | **$4,316.00** |
| **Wilcox Foods**<br>**Attn: David Schoop**<br>**17 Shemran Ct.**<br>**Fairfax, CA 94930** | **10 lb GF nuggets - 60 pallets**<br>**Value is $0 because product had aged past its shelf life.** | **July 2023** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Debtor | Nowadays Inc., (PBC) | | Case number (if known) | |
|--------|---------------------|--|------------------------|--|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Dominik Grabinski, former co-founder and CTO at Nowadays, submitted falsified supplier invoices for reimbursement by the Company totalling approximately $125,000 and had unauthorized personal spending on the Company's credit card for a total of approximately $275,000.** | **0.00** | **August 2020-December 2022 (when discovered)** | **$409,179.99** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92602** | **For filing chapter 7.** | **11/28/2023** | **$8,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Max Elder** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Nowadays Inc., (PBC)**                                   Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---
**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4602 18th Street** **San Francisco, CA 94114** | **August 2020 - December 2022** |
| 14.2. | **4304 18th Street, #14575** **San Francisco, CA 94114** | **December 2022 - July 2023** |
| 14.3. | **3980B 19th Street** **San Francisco, CA 94114** | **July 2023 - present** |

---
**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---
**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ■ No Go to Part 10.
      ☐ Yes. Fill in below:

---
**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   **Nowadays Inc., (PBC)**                     Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **WMT Logistics Attn: Romy Chhina 31129 Wiegman Rd. Hayward, CA 94544** | **None; only WMT has access** | **See attached list** | ☐ No ■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

---

| # | Transaction ID | On Hand Primary | SKU | Location | Expiration Date | Lot Number | Description | Available Prima Serial Number | Movable Unit Lai Reference ID | UPC | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 93958 | 1 Pallet no 60110 | | D11D2 | | | 18x16x14 Insulation (T/1/S/B) | 1 | 80834 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 2 | 93958 | 1 Pallet no 60112 | | E12D2 | | | Boxes 18x12x12 | 1 | 80835 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 3 | 93958 | 1 Pallet no 60104 | | A07C2 | | | Whole wheat flour | 1 | 80836 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 4 | 93958 | 1 Pallet no 60108 | | E11D2 | | | 18x12x12 Insulation Combo | 1 | 80837 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 5 | 93958 | 1 Pallet no 60109 | | A08D1 | | | 18x12x12 Insulation (T/T/S/B) | 1 | 80838 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 6 | 93958 | 1 Pallet no 60111 | | A07C1 | | | Boxes 12x12x12 | 1 | 80839 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 7 | 93958 | 1 Pallet no 60103 | | Dock | | | Dry Pea Nuggets | 1 | 80840 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 8 | 93958 | 1 Pallet no 60105 | | A06C2 | | | BS 2004- Flavor | 1 | 80841 | 06072023-8pallets | 2023-06-12 09:11:59 |
| 9 | 93961 | 1 Pallet no 60106 | | A12C1 | | | Branded Tape | 1 | 80845 | 06082023-8pallets | 2023-06-12 09:11:43 |
| 10 | 93961 | 1 Pallet no 60103 | | E13C2 | | | Pea Crumb | 1 | 80844 | 06082023-8pallets | 2023-06-12 09:11:43 |
| 11 | 93961 | 1 Pallet no 60102 | | E13D1 | | | Giv Fiv/ Pea Crumb | 1 | 80843 | 06082023-8pallets | 2023-06-12 09:11:43 |
| 12 | 93961 | 1 Pallet no 60107 | | E13D1 | | | 12x12x12 Insulation (S/1/S/s) | 1 | 80842 | 06082023-8pallets | 2023-06-12 09:11:43 |
| 13 | 91339 | 1 Pallet no 301703 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75079 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 14 | 91339 | 1 Pallet no 301701 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75078 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 15 | 91339 | 1 Pallet no 301710 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75069 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 16 | 91339 | 1 Pallet no 301708 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75067 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 17 | 91339 | 1 Pallet no 301704 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75060 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 18 | 91339 | 1 Pallet no 301711 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75070 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 19 | 91339 | 1 Pallet no 301709 | | Dock | | 23073NOWEXMB | Pea Protein Nuggets | 1 | 75068 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 20 | 91339 | 1 Pallet no 301702 | | Dock | | | Silicon Dioxide | 1 | 75073 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 21 | 91339 | 1 Pallet no 301717 | | G13C2 | | | Pallets totes | 1 | 75077 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 22 | 91339 | 1 Pallet no 301716 | | G14D1 | | | Pallets totes | 1 | 75075 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 23 | 91339 | 1 Pallet no 301718 | | G17C1 | | | Pallets totes | 1 | 75076 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 24 | 91339 | 1 Pallet no 301715 | | F18C1 | | | Pallets totes | 1 | 75074 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 25 | 91339 | 1 Pallet no 301712 | | Dock | 2024-06-05 00:00:00 | | Merit P10 Pea | 1 | 75071 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 26 | 91339 | 1 Pallet no 301713 | | Dock | | | Merit P816 Pea Protein | 1 | 75072 | 03232023-18pallets | 2023-03-29 12:12:53 |
| 27 | 84238 | 1 Pallet no 10311 | | C13C2 | | | Contents: 16 bags of cassava flour weight: 850lbs | 1 | 68003 | 103122-4pallets | 2022-11-01 10:57:24 |
| 28 | 84238 | 1 Pallet no 10313 | | C13D2 | | | Contents: Algaia Salalgine (Sodium Alginate) 10bags/250kg  we | 1 | 68006 | 103122-4pallets | 2022-11-01 10:57:24 |
| 29 | 84238 | 1 Pallet no 10314 | | Dock | | | Contents: Marketing Events Materials weight: 750lbs | 1 | 68009 | 103122-4pallets | 2022-11-01 10:57:24 |
| 30 | 83139 | 1 Pallet no 10174 | | Dock | | | Dry Tenders (T- 6.5mm) | 1 | 67696 | 101122-4pallets | 2022-10-21 14:35:22 |
| 31 | 82271 | 1 Pallet no 10122 | | Dock | | | Green Cell 18x16x14 S/LS/S (59 units) & T/LS/B (38 units) | 1 | 67419 | 101222-3pallets | 2022-10-12 15:04:36 |
| 32 | 82271 | 1 Pallet no 10122 (2) | | C14D2 | | | Green Cell 18x16x14 S/LS/S (59 units) & T/LS/B (38 units) | 1 | 67420 | 101222-3pallets | 2022-10-12 15:04:36 |
| 33 | 82271 | 1 Pallet no 10123 | | Dock | | | Green Cell 18x16x14 S/LS/S (59 units) & T/LS/B (38 units) | 1 | 67421 | 101222-3pallets | 2022-10-12 15:04:36 |
| 34 | 81507 | 1 Pallet no 10061 | | Dock | | | Trade Show/Equipment | 1 | 67318 | 100622-2pallets | 2022-10-06 16:46:22 |
| 35 | 80112 | 324 Z-Liner-12 S/LS/S | | H13D1 | | | GC + Sides | 324 | 66726 | 092622-20pallets | 2022-09-27 13:35:12 |
| 36 | 80112 | 324 Z-Liner-12 S/LS/S | | I13D1 | | | GC + Sides | 324 | 66728 | 092622-20pallets | 2022-09-27 13:35:12 |
| 37 | 80112 | 304 Z-Liner-12 S/LS/S | | Dock | | | GC + Sides | 304 | 66733 | 092622-20pallets | 2022-09-27 13:35:12 |
| 38 | 80112 | 324 Z-Liner-12 S/LS/S | | Dock | | | GC + Sides | 324 | 66734 | 092622-20pallets | 2022-09-27 13:35:12 |
| 39 | 80112 | 88 Z-Liner-12 S/LS/S | | Dock | | | GC + Sides | 88 | 66735 | 092622-20pallets | 2022-09-27 13:35:12 |
| 40 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 228 | 66729 | 092622-20pallets | 2022-09-27 13:35:12 |
| 41 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 121 | 66730 | 092622-20pallets | 2022-09-27 13:35:12 |
| 42 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 228 | 66731 | 092622-20pallets | 2022-09-27 13:35:12 |
| 43 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 228 | 66732 | 092622-20pallets | 2022-09-27 13:35:12 |
| 44 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 228 | 66736 | 092622-20pallets | 2022-09-27 13:35:12 |
| 45 | 80112 | 228 Z-Liner - 12 T/LS/B | | I13D1 | | | GC + TOP/Side/Bottom - Liner B | 228 | 66737 | 092622-20pallets | 2022-09-27 13:35:12 |
| 46 | 80112 | 228 Z-Liner - 12 T/LS/B | | Dock | | | GC + TOP/Side/Bottom - Liner B | 228 | 66738 | 092622-20pallets | 2022-09-27 13:35:12 |
| 47 | 80112 | 500 Z - Shipper - 12x12x12 | | Dock | | | 12x12x12 DTC RSC White Corrugated Box | 500 | 66720 | 092622-20pallets | 2022-09-27 13:35:12 |
| 48 | 79883 | 1 Empty cartons | | A13C1 | | | Dim: 12x12x12 | 1 | 66682 | 092322-2pallets | 2022-09-23 14:31:43 |
| 49 | 78832 | 1 Pallet no 9142 | | D14B1 | | | Pea Protein Crumb | 1 | 66370 | 091422-3pallets | 2022-09-15 10:31:44 |
| 50 | 73787 | 1 Pallet no 7201 | | K15A1 | | | Dry Flavours 29 bags | 1 | 63266 | 072022-1pallet | 2022-07-21 11:48:15 |
| 51 | 71297 | 1 Pallet no 6171 | | J14B1 | | | Pallet no 6171 | 1 | 61170 | 062122-12pallets | 2022-06-21 16:14:15 |
| 52 | 71297 | 1 Pallet no 6173 | | K17A1 | | | Pallet no 6173 | 1 | 61171 | 062122-12pallets | 2022-06-21 16:14:15 |
| 53 | 71297 | 1 Pallet no 6174 | | K16B1 | | | Pallet no 6174 | 1 | 61172 | 062122-12pallets | 2022-06-21 16:14:15 |
| 54 | 70779 | 45 Nouravant H2 | | I05C2 | | FM_220405_0924 | Nouravant H2 | 45 | 60832 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 55 | 70779 | 45 Nouravant H2 | | H07B2 | | FM_220405_0924 | Nouravant H2 | 45 | 60833 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 56 | 70779 | 45 Nouravant H2 | | I06C1 | | FM_220405_0924 | Nouravant H2 | 45 | 60835 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 57 | 70779 | 45 Nouravant H2 | | H10B2 | | FM_220405_0924 | Nouravant H2 | 45 | 60835 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 58 | 70779 | 45 Nouravant H2 | | I12C1 | | FM_220405_0924 | Nouravant H2 | 45 | 60836 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 59 | 70779 | 45 Nouravant H2 | | I11C2 | | FM_220405_0924 | Nouravant H2 | 45 | 60837 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 60 | 70779 | 45 Nouravant H2 | | I11C1 | | FM_220405_0924 | Nouravant H2 | 45 | 60838 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 61 | 70779 | 45 Nouravant H2 | | I06B2 | | FM_220405_0924 | Nouravant H2 | 45 | 60840 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 62 | 70779 | 45 Nouravant H2 | | I06C2 | | FM_220405_0924 | Nouravant H2 | 45 | 60841 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 63 | 70779 | 45 Nouravant H2 | | H11C2 | | FM_220405_0926 | Nouravant H2 | 45 | 60842 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 64 | 70779 | 45 Nouravant H2 | | I09B2 | | FM_220406_0926 | Nouravant H2 | 45 | 60843 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 65 | 70779 | 45 Nouravant H2 | | I08C2 | | FM_220406_0926 | Nouravant H2 | 45 | 60844 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 66 | 70779 | 45 Nouravant H2 | | H08C1 | | FM_220406_0926 | Nouravant H2 | 45 | 60845 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 67 | 70779 | 45 Nouravant H2 | | H07C2 | | FM_220406_0926 | Nouravant H2 | 45 | 60846 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 68 | 70779 | 45 Nouravant H2 | | H08B2 | | FM_220406_0926 | Nouravant H2 | 45 | 60847 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 69 | 70779 | 45 Nouravant H2 | | H11C1 | | FM_220406_0926 | Nouravant H2 | 45 | 60848 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 70 | 70779 | 45 Nouravant H2 | | I10C2 | | FM_220406_0926 | Nouravant H2 | 45 | 60849 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 71 | 70779 | 45 Nouravant H2 | | I06B1 | | FM_220406_0926 | Nouravant H2 | 45 | 60850 | 3197625-20pallets | 2022-06-14 11:16:31 |

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 30 of 48

| 72 | 70779 | 20 Nouravant H2 | I05B2 | | FM_220406_0926 | Nouravant H2 | 20 | 60B51 | 3197625-20pallets | 2022-06-14 11:16:31 |
| 73 | 68204 | 23 P:NO 5055 Dry bags | Dock | | | Dry bags | 23 | 59116 | 05112022-8pallets | 2022-05-11 12:48:19 |
| 74 | 66076 | 196 Maple Fiber 8LB | J0981 | 2023-07-28 00:00:00 | | Maple Fiber 8LB | 196 | 58168 | 04142022-11pallets | 2022-04-14 16:21:21 |
| 75 | 66076 | 45 Maple Fiber 44Lb | J0982 | 2023-07-28 00:00:00 | | Maple Fiber 44Lb | 45 | 58317 | 04142022-11pallets | 2022-04-14 16:21:21 |

Debtor    **Nowadays Inc., (PBC)**        Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Accountfully**<br>      **Attn: Brad Ebenhoeh**<br>      **533 Rutledge Ave., Apt. A**<br>      **Charleston, SC 29403** | **December 2020 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Rogers, Clem & Company**<br>      **Graham Applebaum**<br>      **1067 Park View Drive**<br>      **Covina, CA 91724-3748** | **Fiscal years 2020 and 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 32 of 48

Debtor    **Nowadays Inc., (PBC)**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Accountfully**<br>**Attn: Brad Ebenhoeh**<br>**533 Rutledge Ave., Apt. A**<br>**Charleston, SC 29403** | **Accountfully was our book keeper for the entire existence of the company.** |
| 26c.2.    **Max Elder**<br>**3980b 19th Street**<br>**San Francisco, CA 94114** | **Founder and CEO** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Trisha Dill, Nowadays CFO** | **December 2023** | **$303,549.15** |

| Name and address of the person who has possession of inventory records |
|---|
| **Max Elder**<br>**3980b 19 Street**<br>**San Francisco, CA 94114** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Max Elder** | **3980B 19th Street**<br>**San Francisco, CA 94114** | **Co-founder & CEO** | **25.996** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Johnny Ream** | **11460 Tomahawk Creak Pkwy**<br>**Suite 300**<br>**Leawood, KS 66211** | **Partner, Stray Dog Capital**<br>**Board Member of Nowadays** | **11.823** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 33 of 48

Debtor ___Nowadays Inc., (PBC)___  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dominik Grabinski, co-founder & CTO | 4602 18th Street San Francisco, CA 94114 | Former co-founder & chief technology officer (dominikgrabinski@me.com) | August 2020 - December 7, 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Keith Blanks | 3538 Rainbow Drive Minnetonka, MN 55345 | Chief Operating Officer | December 2021 - May 17, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Emilie Fitch | 13 Sullivan Street Charlestown, MA 02129 | Chief Growth Officer | June 14, 2021 - June 30, 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 34 of 48

Debtor **Nowadays Inc., (PBC)**      Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2024**

_____
Signature of individual signing on behalf of the debtor

**Max Elder**
_____
Printed name

Position or relationship to debtor   **Founder & CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of California

In re **Nowadays Inc., (PBC)**

Case No. _____

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................ $ **8,000.00**

   Prior to the filing of this statement I have received ..................... $ **8,000.00**

   Balance Due ........................................................................ $ **0.00**

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Representation of the debtor(s) at the first meeting of creditors.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any adversary proceeding, judicial lien avoidances, or relief from stay actions.**
      **No tax advice of any sort.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 26, 2024**

*Date*

*David A. Wood*

**David A. Wood**
*Signature of Attorney*
**MARSHACK HAYS WOOD LLP**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777   Fax: (949) 333-7778**
**dwood@marshackhays.com**
*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**David A. Wood**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **272406 CA**
**dwood@marshackhays.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:

      **Nowadays Inc., (PBC)**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**6**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 26, 2024** _____

                      *Max Uder*
                Signature of Debtor 1

Date: _____

                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 26, 2024** _____

                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 37 of 48

Nowadays Inc., (PBC)
3980B 19th Street
San Francisco, CA 94114-2580


David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
450 Golden Gate Ave
#05-0153
San Francisco, CA 94102

Beyond Impact
Carré Bonn
20, rue de la Poste
L – 2346 Luxembourg


Buhler Inc.
13105 12th Avenue N
Minneapolis, MN 55441


Cornucopian Capital, L.P.
Aryeh Ganz
491 Bloomfield Ave., Concourse St.
Montclair, NJ 07042


Emilie Fitch
13 Sullivan Street
Charlestown, MA 02129


Farnam Street Financial
5850 Opus Parkway, Suite 240
Hopkins, MN 55343


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gaingels Spark III LLC
3 Main Street, Suite 214
Burlington, VT 05401


Givaudan
1199 Edison Drive
Cincinnati, OH 45216

Good Protein Fund, VCC
Attn: Gautum Godhwani
16 Raffles Quay, #20-03
Singapore 048581


GRT SHT Ventures, LLC
Jordan Carpenter
300 S. Beach Rd., Unit 203
Jupiter, FL 33469


HackVentures Sàrl
Rue de Mercerie 12, 1003 Lausanne
Switzerland


Harris Komishane
5 Eaglehead Road
Manchester, MA 01944


Insperity
19001 Crescent Springs Dr.
Mail Code-C3C.2.20
Kingwood, TX 77339


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jake Elder
660 Ralph McGill Blvd NE
Unit 4510
Atlanta, GA 30312


Katie Malkin
660 Ralph McGill Blvd NE
Unit 4510
Atlanta, GA 30312

Keith Blanks
3538 Rainbow Drive
Minnetonka, MN 55345


Kitchen Town
Attn: Rusty Schwartz
1007 Howard Ave
San Mateo, CA 94401


Max Elder
3980b 19th Street
San Francisco, CA 94114


NCH Retailer Services
24 C Concord Street
El Paso, TX 79906


Pabst Patent Group
1355 Peachtree Street NE, Suite 800
Atlanta, GA 30309


Penrose Growth Investors, LLC
Steve Hudgins, CIO
600 E. Exchange Ave., Ste 200
Fort Worth, TX 76164


Platinum Mile II, LLC
604 North Alta Drive
Beverly Hills, CA 90210


Selva, L.P.
Attn: Kiva Dickinson
757 North Point St, Unit 2
San Francisco, CA 94109

Silicon Legal Strategy
201 Mission Street, Suite 800
San Francisco, CA 94105


Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054


South Carolina Dept. of Employment
P.O. Box 995
Columbia, SC 29202


Stray Dog Capital Fund II
11460 Tomahawk Creek Pkwy
Ste 300
Leawood, KS 66211


Tenacious Ventures Fund I
401/10 West Promenade
Manly NSW 2095
Australia


UNFI
Attn: Debit Balance / Justin
PO Box 958844
Saint Louis, MO 63195-8844


Unpopular Ventures Preferred, LP
P.O. Box 3217
Seattle, WA 98114


Vanterra Accelerator Fund, LP
Attn: Shad Azimi
853 Broadway, Ste. 1401
New York, NY 10003

Varsho Rao
3675 Washington Street
San Francisco, CA 94118


Veginvest
Amy Trakinski
165 West 91st Street, #16B
New York, NY 10024


Veginvest Trust
Attention: Amy Trakinski
Managing Director
3414 Peachtree Road, #1600
Atlanta, GA 30326


Wilcox Cold Storage, Inc.
17 Shemran Ct.
Fairfax, CA 94930


Wmt Logistics Inc.
31129 Wiegman Rd.
Hayward, CA 94544

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**MARSHACK HAYS WOOD LLP**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **272406 Email:**<br>**dwood@marshackhays.com** | |

☑ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>    **Nowadays Inc., (PBC)**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Max Elder and Johnny Ream**                    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 44 of 48

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

  b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 26, 2024**
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Max Elder, Founder and CEO**
           Printed name of Debtor, or attorney for Debtor

**March 26, 2024**
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Johnny Ream, Board Member of Debtor**
           Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                         **F 1007-4.CORP.OWNERSHIP.STMT**

Case: 24-30421   Doc# 1   Filed: 06/04/24   Entered: 06/04/24 17:27:46   Page 45 of 48

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Stray Dog Capital Fund II
11460 Tomahawk Creek Pkwy
Ste 300
Leawood, KS 66211

Tenacious Ventures Fund I
401/10 West Promenade
Manly NSW 2095
Australia

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                        **F 1007-4.CORP.OWNERSHIP.STMT**

Case: 24-30421    Doc# 1    Filed: 06/04/24    Entered: 06/04/24 17:27:46    Page 46 of 48

In re    **Nowadays Inc., (PBC)**          Case No. _____

                                     Debtor(s)          Chapter    **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

       I, **Max Elder**, declare under penalty of perjury that I am the **Founder & CEO** of  **Nowadays Inc., (PBC)**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **8th** day of March, 2024.

       "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

       Be It Therefore Resolved, that **Max Elder, Founder & CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

       Be It Further Resolved, that **Max Elder, Founder & CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

       Be It Further Resolved, that **Max Elder, Founder & CEO** of this Corporation is authorized and directed to employ **David A. Wood**, attorney and the law firm of **MARSHACK HAYS WOOD LLP** to represent the corporation in such bankruptcy case."

Date   **March 26, 2024** _____          Signed     *Max Elder* _____

                                                          **Max Elder**

Resolution of Board of Directors
of
**Nowadays Inc., (PBC)**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Max Elder**, **Founder & CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Max Elder, Founder & CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Max Elder, Founder & CEO** of this Corporation is authorized and directed to employ **David A. Wood**, attorney and the law firm of **MARSHACK HAYS WOOD LLP** to represent the corporation in such bankruptcy case.

Date **March 26, 2024**        Signed _Max Elder_
                                              Max Elder

Date June 3, 2024              Signed _(signature)_
                                              Johnny Ream